UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: ACRDGROUP LLC,            Case No. 22-24848-kmp
         Debtor.                 (Chapter 11)

## UNITED STATES TRUSTEE'S NOTICE AND MOTION TO SHORTEN NOTICE OF UNITED STATES TRUSTEE'S MOTION TO DISMISS THIS CASE

The United States Trustee, by Attorney Laura D. Steele, moves for cause to shorten notice of his Motion to Dismiss this case under Fed. R. Bankr. P. 9006(c). A motion under 11 U.S.C. § 1112(b) requires a 21-day notice period and opportunity for objection. Bankr. E.D. Wis. Local Rule 9013.3. The United States Trustee submits there is cause to shorten notice because Debtor ACRDGROUP LLC has failed to comply with its duty to file a creditor matrix, and an order of the Court requiring the filing of such matrix by November 7, 2022. The Debtor's failure to provide a creditor matrix prevents creditors and interested parties from receiving notice of this case. 11 U.S.C. § 1112(b)(4)(E), (F). Further, the Debtor is not represented by legal counsel in violation of Local Rule 9029(e). These material failures indicate that this proceeding is intended only to delay and frustrate creditors.

WHEREFORE, the United States Trustee requests the Court enter an order to shorten notice of the Motion to Dismiss this case to **5 days** for cause shown and for such other relief as may be just.

Dated: November 8, 2022.

                 PATRICK S. LAYNG
                 United States Trustee

                 _____
                 LAURA D. STEELE
                 Trial Attorney

Attorney Laura D. Steele
Office of the United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
(414) 297-4499